MEDLOCK *v.* HASLETT, sheriff.

1. Under the decision of this court in *Cooper* v. *State*, 103 *Ga.* 405, "the city court öf Gwinnett," established by the act of December 14, 1895 (Acts of 1895, p. 384), became, after the passage of the amendatory act of December 16, 1897 (Acts of 1897, p. 484), a city court within the meaning of the constitution.
2. The judge thereof who was in office at the time of the passage of the last-named act rightly continued after its enactment to perform the duties pertaining to the judgeship of that court.

Submitted March 1,— Decided April 29, 1902.

Petition for mandamus. Before Judge Russell. Gwinnett superior court. July 25, 1901.

*J. A. Hunt, J. F. Golightly,* and *D. K. Johnston,* for plaintiff.
*W. E. Simmons,* for defendant.

LUMPKIN, P. J. An execution against R. O. Medlock and another, in favor of Sidney M. Smith, was levied upon property of the defendant Medlock. He tendered the sheriff an affidavit of illegality, which the latter refused to accept. Thereupon Medlock filed a petition for a mandamus to compel the officer to accept the affidavit of illegality. Upon the hearing of this application the judge of the superior court refused to grant the same, and Medlock then sued out a bill of exceptions and brought the case here. All of the points thus presented for our decision and insisted upon by the plaintiff in error in arguing the case before us are fully covered by the rulings announced in the headnotes, which do not require elaboration.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

---

ARMSTEAD *v.* SMITH.

FISH, J. The petition in this case upon its face disclosing that the plaintiff was not entitled to the injunction for which he prayed, there was no error in sustaining the defendant's motion to dissolve the restraining order which had been granted, and entering a judgment refusing the injunction sought.
*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted March 1, — Decided April 29, 1902.

Petition for injunction. Before Judge Russell. Jackson superior court. January 4, 1902.

*Lewis C. Russell* and *J. S. Ayers,* for plaintiff.